IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| DAVE SWEENEY, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-1794-KI |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| EMMIS TELEVISION BROADCASTING, L.P., dba KOIN TV, an Indiana limited partnership, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Richard C. Busse
Busse & Hunt
521 American Bank Building
621 S. W. Morrison Street
Portland, Oregon 97205

    Attorney for Plaintiff

Amy Joseph Pedersen
Stoel Rives LLP
900 S. W. Fifth Avenue, Suite 2600
Portland, Oregon 97204

    Attorney for Defendant

KING, Judge:

Plaintiff's Motion to Dismiss is granted. The issue is being decided in arbitration.

This action is dismissed without prejudice.

Dated this ___4th_____ day of January, 2006.

                                                      /s/ Garr M. King
                                                     Garr M. King
                                                     United States District Judge